# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ROBERT A. GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:19-cv-9 |
| v. ) | |
| ) | Judge Walter H. Rice |
| DARLING INGREDIENTS, INC. F/K/A ) | |
| DARLING INTERNATIONAL, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter came before the Court on Defendant Federal Insurance Company's Unopposed Motion for Extension of Time to File Reply in Support of Its Motion to Dismiss. The Court finds said motion to be well taken and Orders that said motion be granted.

It is therefore ORDERED that the deadline for Federal Insurance Company to file its Reply is extended from May 10, 2019 to May 20, 2019.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE