IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| **ROBERT A. GRIFFIN** | : | Case No. 3:19-cv-9 |
| Plaintiff, | : | Judge Walter H. Rice |
| vs. | : | **ORDER GRANTING PLAINTIFF'S AMENDED, UNOPPOSED MOTION TO DISMISS COUNT TWO, WITHOUT PREJUDICE** |
| **DARLING INGREDIENTS, INC., et al.** | : | |
| Defendants. | : | |

This matter comes before the Court on the *Plaintiff's Amended, Unopposed Motion to Dismiss Count Two, Without Prejudice*.

The Court finds good cause and Plaintiff's Amended, Unopposed Motion to Dismiss Count Two, Without Prejudice is hereby **GRANTED**.

Count Two of Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

This final order expressly incorporates this Court's prior *Decision and Entry Sustaining Federal Insurance Company's Motion to Dismiss; Overruling As Moot Federal Insurance Company's Alternative Motion to Bifurcate and Stay Plaintiff's Bad Faith Claim; Sustaining Darling Ingredients, Inc. and Griffin Industries, LLC's Motion to Dismiss* (Doc. 45) which resolved all other claims asserted in Plaintiff's Complaint.

Plaintiff's *Unopposed Motion to Dismiss Count One, Without Prejudice* (Doc. 47), is **DENIED AS MOOT** in light of this amended motion.

**IT IS SO ORDERED.**

*[signature]*
Judge Walter H. Rice
United States District Judge

670118.2