IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT A. GRIFFIN, :

    Plaintiff,

    v. : Case No. 3:19-cv-009

DARLING INGREDIENTS, INC., : JUDGE WALTER H. RICE
et al.,

    Defendants. :

---

ORDER OVERRULING AS MOOT PLAINTIFF'S MOTION TO DISMISS COUNT ONE WITHOUT PREJUDICE (DOC. #47); JUDGMENT TO ENTER IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

Plaintiff's Motion to Dismiss Count One Without Prejudice, Doc. #47, is OVERRULED AS MOOT, because it was filed in error and was superseded by Plaintiff's Motion to Dismiss Count Two Without Prejudice, #48, which was granted on May 6, 2020, Doc. #49.

Given that all Counts in the Complaint have now been dismissed, Judgment shall be entered in favor of Defendants and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: May 7, 2020

/s/Walter H. Rice (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE